# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| RONALD G. COOPER, and<br>MARK R. ALLEN,<br><br>       Plaintiffs,<br><br>v.<br><br>TOWNLEY FAMILY PARTNERSHIP, LLLP, and<br>TONY D. TOWNLEY,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 18-CV-00060-CAR** |

## PARTIES' JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE ANSWER OR OTHER DEFENSIVE PLEADING

Pursuant to Local Rule 6.1, the Parties hereby jointly stipulate to extend the deadline for Defendants to file their answer or other defensive pleading thirty (30) days to **August 9, 2018.**

Respectfully submitted,

Date: **July 6, 2018**

s/ Tyler J. Sniff
Donald D.J. Stack
Georgia Bar No. 673735
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
E-mail: dstack@stack-envirolaw.com
tsniff@stack-envirolaw.com

*Counsel for Plaintiffs Ronald G. Cooper and Mark R. Allen*

Date: **July 6, 2018**                    **s/ Bricker S. Daughtry**
                                          Bricker S. Daughtry
                                          Georgia Bar No. 663833
                                          FORTSON, BENTLEY & GRIFFIN, P.A.
                                          2500 Daniells Bridge Road, Building 200, Suite 3A
                                          Athens, Georgia 30606
                                          Telephone: (706) 548-1151
                                          Facsimile: (706) 559-0161
                                          E-mail: bsd@fbglaw.com

                                          *Counsel for Defendants Townley Family*
                                          *Partnership, LLLP and Tony D. Townley*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 6, 2018** I electronically filed the foregoing **PARTIES' JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE ANSWER OR OTHER DEFENSIVE PLEADING** with the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to all Counsel of Record.

Date: **July 6, 2018**  **s/ Tyler J. Sniff**
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
E-mail: tsniff@stack-envirolaw.com