**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| RONALD G. COOPER, and ) <br> MARK R. ALLEN, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOWNLEY FAMILY PARTNERSHIP, ) <br> LLLP, and ) <br> TONY D. TOWNLEY, ) <br> ) <br>     Defendants. ) <br> ) | **CIVIL ACTION NO. 18-CV-00060-CAR** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this civil action with prejudice.

                                                Respectfully submitted,

Date: **August 9, 2018**           s/ Tyler J. Sniff
                                                 Donald D.J. Stack
                                                 Georgia Bar No. 673735
                                                 Tyler J. Sniff
                                                 Georgia Bar No. 403125
                                                 STACK & ASSOCIATES, P.C.
                                                 260 Peachtree Street, Suite 1200
                                                 Atlanta, Georgia 30303
                                                 Telephone: (404) 525-9205
                                                 Facsimile: (404) 522-0275
                                                 E-mail: dstack@stack-envirolaw.com
                                                 tsniff@stack-envirolaw.com

                                                 *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 9, 2018** I electronically filed the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to all Counsel of Record.

Date: **August 9, 2018**                             **s/ Tyler J. Sniff**
                                                                            Tyler J. Sniff
                                                                            Georgia Bar No. 403125
                                                                            STACK & ASSOCIATES, P.C.
                                                                            260 Peachtree Street, Suite 1200
                                                                            Atlanta, Georgia 30303
                                                                            Telephone: (404) 525-9205
                                                                            Facsimile: (404) 522-0275
                                                                            E-mail: tsniff@stack-envirolaw.com